UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markel Insurance Company, | No. 2:18-cv-01115-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Chima's Tow & Automotive, et al., | |
| Defendants. | |

In an order filed April 16, 2019, the court stayed this action pending resolution of *Hobbs v. Harmit Kaur Chima*, Sacramento Superior Court, Case No. 34-2017-00217738 and directed the parties to file a joint status report within seven days of the resolution of that action, including any appeals. Two years and five months may not be a surprisingly lengthy wait in these days of global pandemics and crowded dockets, but it is longer than this court intended for this action to languish without a filing or report. The parties are directed to file a joint status report on the status of the *Hobbs* action **within fourteen days**.

IT IS SO ORDERED.

DATED: September 27, 2021.

CHIEF UNITED STATES DISTRICT JUDGE

1