UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Markel Insurance Company, | No. 2:18-cv-01115-KJM-DB |
| Plaintiff, | ORDER |
| v. | |
| Chima's Tow & Automotive, et al., | |
| Defendants. | |

In 2019, the court stayed this action pending resolution of *Hobbs v. Harmit Kaur Chima*, Sacramento Superior Court, Case No. 34-2017-00217738.  The court ordered the parties to file a report within seven days of the resolution.  After waiting two and a half years for such a filing, the court ordered parties to file a joint report on the status of the state court action.  Parties maintain the matter is still ongoing, with a motion for summary adjudication pending and dates set for a settlement conference and trial.  *See generally* Joint Status Report, ECF No. 27.

The court orders the parties to **file a joint status report on the progress of the state court action every six months and notify the court within seven days of the action's resolution**.

IT IS SO ORDERED.

DATED: October 18, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE